UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASSIE BREAZEALE and RHONDA
GARDNER, on their own behalf and
on behalf of those similarly situated,

      CASE NO.: 5:21-cv-181-D

    Plaintiffs,

vs.

AMPLER PIZZA II, INC.,

    Defendant.           /

## ORDER GRANTING JOINT MOTION TO POSTPONE RULE 26(f) CONFERENCE AND TO STAY ACTION PENDING CLASS-WIDE RESOLUTION

THIS CAUSE having come before the Court on the Parties' Joint Motion to Postpone Rule 26(f) Conference and to Stay Action Pending Potential Class-Wide Resolution. This Court having considered the motion and all relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The Clerk is directed to enter an Order postponing the Rule 26(f) Conference; staying this Action; and tolling the Putative Class Members' claims until further notice.

SO ORDERED, this __6__ day August, 2021.

                                    JAMES C. DEVER III
                                    United States District Judge