UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**CASSIE BREAZEALE and RHONDA GARDNER, on their own behalf and on behalf of those similarly situated,**

CASE NO.: 5:21-cv-181-D

**Plaintiffs,**

vs.

**AMPLER PIZZA II, INC.,**

    **Defendant.**    /

## JOINT NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, CASSIE BREAZEALE and RHONDA GARDNER, ("Named Plaintiffs"), on their own behalf and on behalf of those similarly situated, and Defendant, AMPLER PIZZA II, INC.("Defendant") (collectively "the Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Order of this Court entered on March 21, 2022 [D.E. 27], jointly stipulate to the entry of an Order dismissing this action with prejudice.

Respectfully submitted this 7th day of June, 2022.

| | |
|---|---|
| */s/ Adam A. Smith* <br> ADAM A. SMITH, ESQ. <br> Bar No.: 31798 <br> RIDDLE & BRANTLY <br> 601 N. Spence Avenue <br> Goldsboro, NC 27534 <br> Telephone: (919) 779-9700 <br> Email: AAS@justicecounts.com <br> *Local Civil Rule 83.1 Counsel* <br><br> */s/ Kimberly De Arcangelis* <br> Kimberly De Arcangelis, Esquire | */s/ Joshua R. Adams* <br> JOSHUA R. ADAMS <br> N. C. State Bar No.: 49038 <br> 200 South College Street <br> Suite 1550, 15th Floor <br> Charlotte, NC 28202 <br> Telephone: (980) 465-7237 <br> Email: Joshua.Adams@jacksonlewis.com <br> *Local Civil Rule 83.1 Counsel* <br><br> */s/ Eric Magnus* <br> ERIC R. MAGNUS |

| | |
|---|---|
| Bar No.: 0025871<br>Morgan & Morgan, P.A.<br>20 N. Orange Avenue<br>Orlando, Florida 32801<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3383<br>Email: KimD@forthepeople.com<br>*Pro Hac Attorneys for Plaintiffs* | Georgia State Bar. No. 801405<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200<br>Facsimile: (404) 525-1173<br>E-Mail: Eric.Magnus@jacksonlewis.com<br>*Pro Hac Attorneys for Defendant* |